UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 **ORIGINAL**

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :          **NOTICE OF INTENT TO**
                                                             **FILE AN INFORMATION**

DANIEL BONAMASSA,                  :

              Defendant.   :

- - - - - - - - - - - - - - - x    **07 CRIM.  475**

       Please take notice that the United States Attorney's
Office will file an information upon the defendant's waiver of
indictment, pursuant to Rule 7(b) of the Federal Rules of
Criminal Procedure.

Dated:    New York, New York
          May 21, 2007

                               MICHAEL J. GARCIA
                               United States Attorney

*Judge Buchwald*    By: _____
                               Christine Y. Wong
                               Assistant United States Attorney

                               AGREED AND CONSENTED TO:

                  By: _____
                               Joseph DiBennedetto
                               Attorney for Daniel Bonamassa

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/07

5/24/07  WHEEL A